RECEIVED
2006 JUN 22 P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:06CR160-CSC__ |
| | ) | (18 U.S.C. 641) |
| MARY A GLOVER | ) | |
| | ) | |
| | ) | **INFORMATION** |
| | ) | |

The United States Attorney charges:

<u>COUNT</u>

On or about the 12th day of April 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MARY A GLOVER** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ NF*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA            )
                            )    **AFFIDAVIT**
COUNTY OF MONTGOMERY        )

The undersigned, being first duly sworn, deposes and says:

I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 12 April 2006, via closed circuit video monitors, I observed MARY A GLOVER put a pair of slacks in her cart. GLOVER went to another rack and took a 50% off tag from another item. GLOVER continued to shop. GLOVER placed the 50% off tag on the slacks. GLOVER went through checkout the cashier took 50% off the price of the slacks. GLOVER then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The price of the slacks was $39.00.

_____
ROBERT SMITH

Subscribed and sworn to before me this 6th day of June, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS