| COURTROOM DEPUTY MINUTES | DATE: JULY 11, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | |
| | FTR RECORDED: 10:29 A.M. - 10:33 A.M. |

- √ INITIAL APPEARANCE
- ❏ BOND HEARING
- ❏ DETENTION HEARING
- ❏ REMOVAL HEARING (R.40)
- √ ARRAIGNMENT
- ❏ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR160-CSC**    NAME: **MARY ANN GLOVER**

AUSA: **NEAL B. FRAZIER**    DEFT. ATTY: **CHRISTINE FREEMAN**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO

USPO: _____

Defendant ____does  √  does NOT need an interpreter. Interpreter Name:_____

---

| | | |
|---|---|---|
| ❏ kars. | Date of Arrest _____ or ❏ karsr40 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❏ Pro/Sup Rel Violator | |
| √ kcnsl. | Deft. First Appearance with Counsel | |
| ❏ | Deft. First Appearance without Counsel | |
| ❏ | Requests to appoint Counsel.  √ ORAL MOTION | |
| √ kfinaff. | Financial Affidavit executed ❏ to be obtained by PTSO | |
| √ koappted | ORAL ORDER appointing Community Defender Organization | |
| √ | CONSENT to Proceed before Magistrate Judge executed. | |
| ❏ kbnd. | ❏ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ❏ BOND EXECUTED _____ (R.40 charges) - deft to report to originating district as ordered. | |
| √ karr. | ARRAIGNMENT ❏SET FOR: _____  √ HELD. Plea of NOT GUILTY entered. | |
| | √ Set for **9/11/06** Trial Term.  PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: **7/11/06** | |
| ❏ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |