IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO: 2:06-CR-160-CSC |
| | ) |
| MARY A. GLOVER | ) |

### WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of her right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives her right to a speedy trial, through the September 11, 2006 trial term.

_8/23/06_  _Mary A. Glover_
Date     Mary A. Glover

_8/23/06_  _[signature]_
Date     Attorney for Mary A. Glover

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-CR-160-CSC |
| ) | |
| MARY A. GLOVER ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Neal B. Frazier, Esquire
    Special Assistant United States Attorney
    50 LeMay Plaza South
    Maxwell AFB, AL 36112

    Respectfully submitted,

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Mary A. Glover
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org