IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OR AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-CR-160 |
| ) | |
| MARY A. GLOVER ) | |

## MOTION FOR LEAVE TO WITHDRAW THE MOTION TO DISMISS INFORMATION PREVIOUSLY FILED IN THIS MATTER

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to withdraw the dismiss the Information previously filed in the above styled cause on the grounds, to wit: In the best interest of justice.

Respectfully submitted this the 31st day of August, 2006.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

CERTIFICATE OF SERVICE

    I hereby certify that on 31 August 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christine A. Freeman, Federal Defenders, 20 Monroe Street, Suite 407, Montgomery AL 36112.

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787