


**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**OFFICE OF THE CLERK**
**POST OFFICE BOX 711**
**MONTGOMERY, ALABAMA 36101-0711**

**DEBRA P. HACKETT, CLERK**　　　　　　　　　　　　　　　　　　　**TELEPHONE (334) 954-3600**
**YVONNE GOODLOE, CHIEF DEPUTY CLERK**

September 5, 2006

# NOTICE OF DEFICIENCY

**To:**　Neal B. Frazier
　　　　Special Assistant United States Attorney

**From:**　Wanda Stinson
　　　　　Deputy Clerk/Courtroom Deputy

**Case Style:** <u>United States of America vs. Mary A. Glover</u>

**Case Number:** 2:06CR160-CSC

**Referenced Pleading:** Document(s) #14 First Motion for Leave to Withdraw the Motion to Dismiss Information filed on August 31, 2006.

The above-referenced pleadings was filed electronically with the court, however, your document was not signed and did not include a Certificate of Service page.

Please contact me at 954-3971 to correct these deficiencies.