**COURTROOM DEPUTY MINUTES**         **DATE :  OCTOBER 13,  2006**

**MIDDLE DISTRICT OF ALABAMA**         **DIGITAL RECORDED:    1:03 p. m. to 1:04 p.m.**

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**       **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR160-CSC**       **DEFENDANT NAME:  MARY GLOVER**

## APPEARANCES

|  GOVERNMENT  |  DEFENDANT  |
|---|---|
| ATTY.  NEAL FRAIZER | ATTY.  CHRISTINE FREEMAN |

---

√    **DISCOVERY STATUS: Complete.**

_____

_____

√    **PENDING MOTION STATUS:   None.**

_____

❐    **PLEA STATUS:**

_____

_____

√    **TRIAL STATUS: Case will be resolved through pretrial diversion**

_____

√    **REMARKS: Parties advised to get with probation and case resolved.**

_____