**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-160-CSC** |
| ) | |
| **MARY A. GLOVER** ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

**NOW COMES** the Defendant, by and through the undersigned counsel, Christine A. Freeman, and respectfully moves this Court to continue the trial that is presently set for November 6, 2006, until a later date.

In support of this Motion, defendant would show:

1.  Undersigned counsel has been informed that the trial of United States v. Lawson, Case No. 2:06-cr-173-MHT, in which counsel represents Ms. Lawson, will be heard in the district court on November 6, 2006.

2.  Counsel for the prosecution does not oppose this motion.

3.  A Waiver of Right to Speedy Trial will be filed with this Court.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Mary Glover
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Neal B. Frazier, Esq., Special Assistant United States Attorney, 50 LeMay Plaza South, Maxwell AFB, AL 36112.

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Mary Glover
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353
    E-Mail: Christine_Freeman@fd.org