IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-160 |
| | ) | |
| MARY A. GLOVER | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information without prejudice heretofore filed in the above styled cause on the grounds, to wit:  In the best interest of justice.

Respectfully submitted this the 17th day of November, 2006.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    **s/Neal B. Frazier**
    NEAL B. FRAZIER
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/2789
    Fax:  334-953-2787

CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of November, 2006,  I electronically  filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to filing to Michael J. Petersen, Assistant Federal Defender, Middle District of Alabama, 201 Monroe Street, Suite 407, Montgomery, AL 36104.

    **s/Neal B. Frazier**
    NEAL B. FRAZIER
    Special Assistant United States Attorney
    42 ABW/JA
    50 LeMay Plaza South
    Maxwell AFB, AL  36112-6334
    Telephone:  334-953-2786/2789
    Fax:  334-953-2787

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OR AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-CR-160 |
| | ) | |
| MARY A. GLOVER | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Information as to MARY A. GLOVER heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of  November, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE